UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **SANDRA BURKE,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) ) Civil Action Number ) 5:15-cv-00723-AKK |
| **COMPASS BANK and TRANSUNION, LLC,** | ) ) ) ) |
| **Defendants.** | ) |

## ORDER

Consistent with the parties' joint stipulation of pro tanto dismissal, doc. 29, plaintiff's claims against Compass are **DISMISSED WITHOUT PREJUDICE**. The claims against Trans Union remain.

**DONE** the 23rd day of September, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE