FILED
2015 Dec-09 PM 02:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| SANDRA BURKE, an individual, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: ) 5:15-cv-00723-AKK |
| COMPASS BANK, et al., | ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF PRO TANTO DISMISSAL WITH PREJUDICE

Plaintiff Sandra Burke ("Plaintiff") and Defendant Trans Union, LLC, ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the pro tanto dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Trans Union, LLC only in the above-styled action, with the parties to bear their own fees, costs and expenses.

Respectfully submitted this 9th day of December, 2015.

John G. Watts (ASB-5819-t82j)
M. Stan Herring (ASB-1074-n72m)
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com
*Attorneys for Plaintiff*

Matthew W. Robinett (ASB-3523-I72M)
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com
*Attorney for Defendant Trans Union*