# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **SANDRA BURKE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | 5:15-cv-00723-AKK |
| **COMPASS BANK and** ) | |
| **TRANSUNION, LLC,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The court having been informed that this case has been amicably settled, it is therefore **ORDERED** that this case be and hereby is **DISMISSED WITHOUT PREJUDICE**. This court shall retain jurisdiction over the parties until July 28, 2016 for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal to the court by July 28, 2016. Otherwise, after that date, this action will be deemed dismissed with prejudice.

**DONE** the 28th day of June, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE